NO JS-6

# IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVIN HUEZO and BARBARA VANDERHOOP through Cathy Walter as conservator of the estate and person of BARBARA VANDERHOOP,<br><br>v.<br><br>WESTFIELD TOPANGA OWNER L.P.; CALIFORNIA PIZZA KITCHEN, INC. dba CALIFORNIA PIZZA KITCHEN — CANOGA PARK; and DOES 1 through 10, Inclusive,<br><br>Defendants. | Case No.: CV 11-00800 MMM (PJWx)<br><br>JUDGMENT PURSUANT TO FRCP Rule 68  (Proposed) |

Pursuant to the Offer of Judgment (FRCP Rule 68) of Defendant California Pizza Kitchen, Inc. (CPK) and Plaintiff Barbara Vanderhoop's Notice Of Acceptance Of Offer Of Judgment Pursuant to FRCP Rule 68 both of which were filed on January 5, 2012, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that said Plaintiff shall recover from said Defendant as follows:

1. $4,001.00 in favor of Plaintiff Vanderhoop and against Defendant CPK for any and all claims of damages alleged by said Plaintiff;

  2. Injunctive relief to be completed in 120 days of this entry of judgment pursuant to Rule 68 in the form of remediation of the restaurant operated by Defendant CPK located at 6600 Topanga Canyon Blvd # 51E, Canoga Park, California as follows:

  A. Install an automatic door opener on the west side (exterior) entrance door to the restaurant.

  B. Create a waiting area by the mall entrance for the disabled, with a sign on the wall stating, "please leave area clear for disabled patrons."

  C. Provide 5% accessible seating in the restaurant, with one accessible table located on the mall side of the restaurant; establish specific notations on the seating chart at the host station denominating the accessible tables.

  D. Adjust door pressures to 5 pounds for the entrance and restroom doors.

  E. Position the toilet paper and sanitary napkin container in the Ladies' restroom as required by applicable regulations and wrap the drain and hot water lines under the sink in that room.

  F. Install an automatic door closer on the stall door in the Men's restroom and wrap the drain and hot water lines under the sink in that room.

  This judgment applies to all claims and causes of action asserted against Defendant CPK by Plaintiff Vanderhoop.

Date: February 9, 2012

              _____
                Margaret M. Morrow
                United States District Court Judge

Proposed by

_____
James S. Link
Counsel for Defendant California Pizza Kitchen, Inc.